CLERK, U.S. DISTRICT COURT
NOV 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER MONIQUE FIELDS, ) | NO. ED CV 08-426-VAP(E) |
| Petitioner, ) | |
| v. ) | ORDER ADOPTING FINDINGS, |
| JOSEPH WOODRING, Warden, ) | CONCLUSIONS AND RECOMMENDATIONS |
| Respondent. ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///
///
///
///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by United States mail on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: Nov. 8, 2008.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE