FILED
CLERK, U.S. DISTRICT COURT

NOV 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER MONIQUE FIELDS, | NO. ED CV 08-426-VAP(E) |
| Petitioner, | |
| v. | JUDGMENT |
| JOSEPH WOODRING, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: Nov. 5, 2008.

VIRGINA A. PHILLIPS
UNITED STATES DISTRICT JUDGE